NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5072, -5082

AMBER RESOURCES COMPANY, AERA ENERGY LLC,
OGLE PETROLEUM INC., OLAC RESOURCES LLC,
POSEIDON PETROLEUM LLC, TOTAL E&P USA, INC.,
PLAINS EXPLORATION & PRODUCTION CO., NOBLE ENERGY, INC.,
ANADARKO E&P COMPANY LP, DEVON ENERGY PRODUCTION COMPANY, L.P.,
and NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiffs,

and

DELTA PETROLEUM CORPORATION,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

ON MOTION

Before PROST, Circuit Judge.

## ORDER

The United States moves for a 60-day extension of time, until October 27, 2009,

to file its opening brief. Delta Petroleum Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 8 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Steven J. Rosenbaum, Esq.
     Gregg M. Schwind, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 8 2009

JAN HORBALY
CLERK